IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:13-cv-20943

ARRIVALSTAR S.A. and MELVINO
TECHNOLOGIES LIMITED,

        Plaintiffs,

vs.

TRANSPORTATION INSIGHT, LLC,

        Defendant.
_____/

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

        Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, ArrivalStar S.A. and Melvino Technologies Limited, hereby notify this Court and the Defendant, that they voluntarily dismiss, **with prejudice**, all claims against Defendant, with each party to bear its own costs and attorneys' fees.

Dated:  July 9, 2013.                         Respectfully Submitted,

                                                  /s/ William R. McMahon
                                                  William R. McMahon, Esquire
                                                  Florida Bar Number: 39044
                                                  McMahon Law Firm, LLC
                                                  21070 Sweetwater Lane North
                                                  Boca Raton, Florida 33428
                                                  Telephone: 561-470-7604
                                                  Facsimile: 561-807-5900
                                                  E-Mail: bill@mlfllc.com
                                                  **Attorney for Plaintiffs**